| | |
|---|---|
| 1 | JOHN C. MILLER, ESQ. (SBN 143323) |
|   | MILLER LAW, INC. |
| 2 | 2320 East Bidwell Street |
|   | Suite 110 |
| 3 | Folsom, CA 95630 |
|   | Telephone: (916) 351-1200 |
| 4 | Facsimile: (916) 1244 |

Attorneys for Plaintiff
AURORA R. ZABAT

GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA R. ZABAT, | Case No.: 2:11-CV-02918-JAM-KJN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| TARGET CORPORATION and Does 1 to 50, | |
| Defendants. | |
| | Complaint Filed: September 16, 2011 |
| | [Solano County Superior Court Case No. FCS038560] |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

-1-
Stipulation and Order to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP)
Case No. 2:11-CV-02918-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

DATED: November 30, 2011

                                                MILLER LAW, INC.

                                  By: /s/ John C. Miller
                                       John C. Miller, Esq.
                                       Attorneys for Plaintiff
                                       AURORA R. ZABAT

DATED: November 29, 2011

                              BOORNAZIAN, JENSEN & GARTHE
                              A Professional Corporation

                              By: _____
                                 Gail C. Trabish, Esq.
                                 Attorneys for Defendant
                                 TARGET CORPORATION

**IT IS SO ORDERED.**

DATED:   11/30/2011

                              /s/ John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE

26852\562603

PDF created with pdfFactory trial version www.pdffactory.com