```
JOHN C. MILLER, JR., #143323
```
**MILLER LAW, INC.**
A Professional Law Corporation
MAILING ADDRESS:
Post Office Box 700
Folsom, California 95763-0700
Phone: (916) 351-1200; Fax: (916) 351-1244
Attorneys for Plaintiff AURORA R. ZABAT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| AURORA R. ZABAT,<br><br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION;<br>and DOES 1 through 500,<br>inclusive,<br><br>Defendants. | ) Civil Case No. 2:11-CV-02918<br>)<br>)<br>) STIPULATION AND ORDER TO EXTEND<br>) FILING DEADLINE OF SETTLEMENT/DISMISSAL<br>) DOCUMENTATION PURSUANT TO LOCAL RULE<br>) 160<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED by and between all parties, by and through their attorneys of record as follows:

John C. Miller, Jr. of Miller Law, Inc., attorneys of record for Plaintiff Aurora R. Zabat and Gail C. Trabish of Boornazian, Jensen & Garthe, attorneys of record for Defendant Target Corporation, declare that they have the authority to enter into this stipulation on behalf of their respective clients and to bind their respective clients to the term of this Stipulation.

The above attorneys have met and conferred about continuing the filing deadline per Local Rule 160 of settlement/dismissal documentation due to the Medicare lien release issue which arose with the settlement of this matter.  They further stipulate that this Court can order the foregoing without any

formal hearing.

    This Stipulation is entered based upon the following:

    1.    Parties are awaiting the verification from Medicare of the existence of liens.

    2.    A continuance of the deadline would be in the best interest of all parties and the Court.

    3.    This stipulation may be signed in counterparts and facsimile signatures will have the same force and effect as originals.

    IT IS SO STIPULATED.

Dated: April ____, 2012        **BOORNAZIAN, JENSEN & GARTHE**

By: _____
    GAIL C. TRABISH
    SBN 103482

Dated: April ____, 2012        **MILLER LAW, INC.**

By: _____
    JOHN C. MILLER, JR.
    SBN 143323

### ORDER

IT IS HEREBY ORDERED that the above stipulation establishes that good cause exists to continue the filing deadline for settlement/dismissal documentation.

IT IS SO ORDERED.

Dated: 4/9/2012        /s/ John A. Mendez

                              U. S. District Court Judge