GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRIC COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA R. ZABAT, | Case No.: 2:11-cv-02918 JAM-KJN |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL AND ORDER** |
| TARGET CORPORATION and Does 1 to 50, | |
| Defendants. | Complaint Filed: September 16, 2011<br>**[Solano County Superior Court Case No. FCS038560]** |

IT IS HEREBY STIPULATED by and between Plaintiff AURORA R. ZABAT, by and through her attorney of record, Elizabeth Friedman, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with  prejudice, DEFENDANT TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: 2-22-2012

                                                                            /s/ Elizabeth Friedman
                                                    ELIZABETH FRIEDMAN, ESQ.
                                                       Attorneys for Plaintiff
                                                       AURORA R. ZABAT

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  August 7, 2012                         /s/ Gail C. Trabish
                                               GAIL C. TRABISH, ESQ.
                                               Attorneys for Defendant
                                               TARGET CORPORATION

## **ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED:  8/14/2012

                                               /s/ John A. Mendez
                                               HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE

-2-

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER- Case No. 2:11-at-02918 JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com